L-15

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

05 - 0 3 9 5 M - 0 1

UNITED STATES
No. SP 1877-05

2005 JUL -T̶O̶T̶ A 11:06

Vs.

P.D.I.D. No. 471-350

Trevell Hicks (Defendant)

FILED
JUL 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _____.

### COMMITMENT/RELEASE

☒ NO BOND
☐ BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: 7/9/05

_____
JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03