UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0395M-01 (CR) |
| **TREVELL T. HICKS,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 8, 2005, within the District of Columbia, **TREVELL T. HICKS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County, Maryland District Court Criminal Case No. CR98-286, did unlawfully and knowingly receive and possess a firearm, that is, a Hi-Point .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia