UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v.

TERVELL HICKS : Criminal Case No. 05-293 (RBW)

Defendant. :

### ORDER

Upon consideration of the representations put forth by both the Defendant and the Government, and for good cause shown, it is this 1st day of September, 2005,

**ORDERED**, that the Metropolitan Police Department (MPD) is to provide to this Court, for *in camera* review, information as to whether the following MPD officers are the subject of an ongoing MPD internal investigation of administrative irregularities at the Major Narcotics Branch in the processing of prisoner property and evidence (including firearms):

1. Scott Brown - #DII-398
2. Wayne Gerrish - #2936
3. Dennis Gheen - #874
4. Jason Pearce - #2095

**FURTHER ORDERED**, that this information should be delivered directly to the Chambers of Judge Reggie B. Walton in a sealed envelope on or before Friday, September 9, 2005 at 9:30 a.m.

_____
United States District Judge