UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 05-293 (RBW) |
| : | |
| TREVELL HICKS, : | |
| : | |
| Defendant : | |
| _____ : | |

**ORDER**

Based upon the Government's Motion to Admit the Defendant's Prior Convictions for Impeachment Purposes, and any oppositions thereto, it is this _____ day of _____, 2005, hereby

**ORDERED** that, should the Defendant choose to testify, the Government may impeach him with his convictions set out in the Government's Motion.

_____
REGGIE B. WALTON
United States District Judge