UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Case No. 05-293 (RBW) |
| TREVELL HICKS, : | |
| Defendant : | |

# ORDER

Based upon the Defendant's Motion to Suppress Evidence and Incorporated Memorandum for Impeachment Purposes, and the Government's opposition thereto, it is this _____ day of _____, 2005, hereby

**ORDERED** that Defendant's motion be **DENIED** for the reasons set out in the Government's Opposition to Defendant's Motion to Suppress Evidence and Incorporated Memorandum.

_____
REGGIE B. WALTON
United States District Judge