UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 05-293 (RBW) |
| | : | |
| TREVELL T. HICKS, | : | |
| | : | |
| Defendant | : | |

ORDER

Upon consideration of the defendant's motion and any opposition by the government, it is this _19th_ day of _December_ 2005, hereby **ORDERED** that the government promptly produce to the defense all information concerning the MNB investigation within its possession, custody or control, including all information residing in the files of the Metropolitan Police Department.

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C. 20004

Carlos Acosta
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530