UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | : | |
| v. | : | **Criminal Case No. 05-293 (RBW)** |
| **TREVELL HICKS,** | : | |
| Defendant. | : | |
| _____ | : | |

# ORDER

Based upon the government's Motion to Reconsider this Court's order of December 19, 2005 granting the Defendant's Motion to Compel the Production of *Brady* and *Giglio* material, and any oppositions thereto, it is this _____ day of _____, 2005, hereby

   **ORDERED** that the government's motion is granted, and it is

   **FURTHER ORDERED**, that the Court's December 19, 2005 order be, and it hereby is vacated.

_____
REGGIE B. WALTON
United States District Judge