UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 05-293 (RBW) |
| | : | |
| **TREVELL T. HICKS,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of the Government's Motion to Reconsider this Court's Order dated December 19, 2005, and any opposition thereto,

it is this _____ day of _____ 2006, hereby

**ORDERED** that the government's motion is denied.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

Carlos Acosta
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530