UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    05-293 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **TREVELL T. HICKS** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Special Assistant United States Attorney Brian P. Rogers (e-mail address: Brian.Rogers2@usdoj.gov; telephone number: (202) 616-1478).  Mr. Rogers will substitute for SAUSA Carlos Acosta as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
BRIAN P. ROGERS
Special Assistant United States Attorney
Federal Major Crimes Section
Maryland State Bar
555 4th Street, N.W., Room 4712
Washington, DC 20530
(202) 616-1478