## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** | **05-293 (RBW)** |
| | : | | |
| **v.** | : | | |
| | : | | |
| **TREVELL HICKS** | : | | |
| | : | | |
| **Defendant.** | : | | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the motions hearing in the above-captioned case. In support of this motion, undersigned counsel submits the following.

1.    The motions hearing is scheduled for March 9, 2006.

2.    Today undersigned counsel learned that the government's witness will be unavailable on this date due to a family emergency.

3.    The government requests that the hearing be rescheduled for March 16, 2006 at 9:00 a.m.

4.    Undersigned counsel spoke with Assistant Federal Public Defender Dani Jahn, who represented that the defendant does not oppose this motion.

WHEREFORE, for the foregoing reasons, the government respectfully moves this Honorable Court to continue the motions hearing in this matter to Thursday, March 16, 2006 at 9:00 a.m.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
BRIAN P. ROGERS
Special Assistant United States Attorney

Federal Major Crimes Section, Maryland Bar
555 4th Street, N.W., Room 4712
Washington, DC 20530
(202) 616-1478