UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   05-293 (RBW) |
| | : | |
| v. | : | |
| | : | |
| TREVELL HICKS | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Unopposed Motion to Continue and the entire record in this matter, it is hereby

ORDERED that the Government's Unopposed Motion to Continue is GRANTED; it is further

ORDERED that the March 9, 2006 hearing date is VACATED; it is further

ORDERED that the motions hearing in this matter shall be held on Thursday, March 16, 2006 at 9:00 a.m.

_____
United States District Judge