UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 05-293 (RBW) |
| v. | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **TREVELL T. HICKS,** | : | Ammunition by a Person Convicted of a |
| Defendant. | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year); |
| | : | 22 D.C.C. §4504(a) |
| | : | (Carrying a Pistol Without a License) |

### SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about July 8, 2005, within the District of Columbia, **TREVELL T. HICKS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County, Maryland District Court Criminal Case No. CR98-286, did unlawfully and knowingly receive and possess a firearm, that is, a Hi-Point .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about July 8, 2005, within the District of Columbia, **TREVELL T. HICKS**, did carry, openly and concealed on or about his person, a pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License**, in violation of Title 22, District of Columbia Code, Section 4504(a))

                                              KENNETH L. WAINSTEIN
                                              Attorney of the United States in
                                              and for the District of Columbia
                                              Bar No. 451-058

BY: *[signature]*
              BRIAN ROGERS
              Assistant United States Attorney
              Federal Major Crimes Section
              555 4th Street, N.W., Room 4712
              Washington, D.C. 20530
              (202) 616-1478