CO-526
(12/86)

**FILED**

APR 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Criminal No. 05-293 (RBW)
)
_Trevell Hicks_ )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Trevell Hicks_
Defendant

_[signature]_
Counsel for defendant

I consent:

_[signature]_
United States Attorney

Approved:

_[signature]_
Judge