AO 455 (Rev. 5/85)  Waiver of Indictment  ⊛

# United States District Court

FILED

APR 1 1 2006

—————— DISTRICT OF ——————

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

*Trevell  Hicks*

## WAIVER OF INDICTMENT

CASE NUMBER:   *05-293 (RBW)*

I,  _*Trevell  Hicks*_  , the above named defendant, who is accused of

*D.C. Code § 22- 4504 (a)(2)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on  _*April  11, 2006*_  prosecution by indictment and consent that the
                         Date

proceeding may be by information rather than by indictment.


_*Trevell Hicks*_
Defendant

_*Hani Jah*_
Counsel for Defendant

Before _*Reggie B. Hrt*_