

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

FILED
APR 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 11, 2006

**VIA FACSIMILE & HAND DELIVERY**

Dani Jahn
Federal Public Defender Office
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004

      Re:    *United States v. Trevell Hicks*
              **Criminal Number 05-293 (RBW)**

Dear Ms. Jahn:

      This letter confirms the agreement between your client, Trevell Hicks, and the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the plea agreement. The terms of the offer are as follows:

**Trevell Hicks' Obligations, Acknowledgments and Waivers**

      1.     Your client, Trevell Hicks, agrees to waive the right to the return of an indictment by a grand jury, and agrees to admit guilt and to enter a plea of guilty to Count Two of a superseding criminal information that will be filed in the above-captioned case. The criminal information will charge the following criminal conduct:

      Count One:    Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1). Your client understands that pursuant to 18 U.S.C. § 924(a)(2), this charge carries a maximum penalty of ten years of imprisonment,

followed by supervised release for three years, and a $250,000 fine.

Count Two:   Carrying a Pistol Without a License (After Felony Conviction), in violation of 22 D.C. Code § 4504(a)(2). Your client understands that pursuant to 22 D.C. Code § 4504(a)(2), this charge carries a maximum penalty of ten years of imprisonment, a fine of $10,000, or both.

2. Your client understands that the Court may utilize the District of Columbia Sentencing Commission's Voluntary Sentencing Guidelines in imposing the sentence in this case. Your client further understands that the sentencing range under the Superior Court Voluntary Sentencing Guidelines will be based on the offenses of conviction and your client's criminal history.

3. Your client agrees and will acknowledge at the time of his plea of guilty to a violation of 22 D.C. Code § 4504(a)(2) that he carried on or about his person a .40-caliber Hi-Point pistol (serial number 118101); that pistol was operable; that he did not have a license to carry that pistol in the District of Columbia; and that at the time he possessed the pistol, he had been convicted of a felony, as set forth in the attached factual proffer.

4. Your client understands and acknowledges that the Government will not seek any increases in your client's base offense level based on conduct that occurred prior to the execution of this agreement. Should your client commit any conduct after the date of this agreement that would form the basis for an increase in your client's base offense level or justify an upward departure under the Superior Court Voluntary Sentencing Guidelines (examples of which include, but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false statements to law enforcement agents, the probation officer, or the Court), the Government is free under this agreement to seek an increase in the base offense level based on that post-agreement conduct.

5. In addition, your client agrees to waive your client's interest in and not to contest the administrative forfeiture of the following property: one (1) .40-caliber Hi-Point pistol (serial number 118101), and nine (9) rounds of .40-caliber ammunition. Your client agrees and acknowledges that the Government reserves its right to bring a civil action(s), if necessary, in any jurisdiction for the forfeiture of any of your client's assets, real or personal, that are subject to forfeiture pursuant to any federal statute.

6. Your client agrees not to object to the Government's recommendation to the Court at the time of the plea of guilty in this case that, pursuant to 18 U.S.C. § 3143, your client be detained without bond pending your client's sentencing in this case.

7. In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute, including: the right against self-incrimination with respect to the offense(s) to which your client is pleading guilty; the right to an indictment; the right to be tried by a jury, or by a judge sitting without a jury; the right to be assisted by an attorney at trial; and the right to confront and cross-examine witnesses. In addition, your client waives any right he may have for a jury to determine any and all facts

relevant to the application of any Superior Court Voluntary Sentencing Guidelines provisions. To the extent that they are not otherwise agreed to by the parties in this agreement or the accompanying factual proffer, your client consents to a determination by the United States District Court Judge of any and all facts relevant to the application of any Superior Court Voluntary Sentencing Guidelines provision. Your client further agrees that the United States District Court Judge should make any Superior Court Voluntary Sentencing Guidelines determinations.

9. Your client understands that this Office reserves its full right of allocution for purposes of sentencing in this matter, except that: (1) it will not oppose your client's position at sentencing that he should be sentenced to time already served, as set forth in paragraph thirteen (13), and (2) it will not seek an upward departure from the applicable sentencing range of the Superior Court Voluntary Sentencing Guidelines based on conduct that occurred prior to the execution of this agreement. Your client further understands that the Government retains its full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any downward departure sentencing motion under Section 5K1.1 of the Sentencing Guidelines, 18 U.S.C. § 3553(e), or any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

10. Your client understands and agrees that your client will not be allowed to move to withdraw the guilty plea entered under this agreement solely because of the harshness of the sentence imposed. Such a motion to withdraw shall constitute a breach of this agreement.

11. Your client understands and acknowledges that this agreement is binding on the Government and is not binding on the Court. Any sentence to be imposed in this case is solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing.

**The Government's Obligations, Acknowledgments and Waivers**

12. This Office will file the above-mentioned criminal information with the United States District Court for the District of Columbia for the purpose of your client's plea of guilty to Count 2 contained therein and will dismiss Count 1 of the criminal information, and request that the Court dismiss the indictment currently pending against your client, at the time of sentencing. Your client, however, agrees and acknowledges that the charges to be dismissed at the time of sentencing were based in fact.

13. The Government agrees not to oppose your client's position that your client should be given credit for acceptance of responsibility and receive a sentence of time already served, provided that your client cooperates and is truthful and candid during the presentence investigation, and does not attempt to obstruct justice, withhold information, or deceive or otherwise mislead any law enforcement agent, the Court, the Probation Office, or the Government concerning any issue relevant to the imposition of sentence. Your client understands and acknowledges that the failure of the Court to sentence your client in accordance with the terms of this paragraph shall not be

grounds for your client to withdraw your client's plea of guilty in this case.

**General Conditions**

14. This letter sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

15. This agreement only binds the United States Attorney's Office for the District of Columbia. It does not bind any other United States Attorney's Office or any other office or agency of the United States Government, including, but not limited to, the Tax Division of the United States Department of Justice; the Internal Revenue Service of the United States Department of the Treasury; or any state or local prosecutor. These individuals and agencies remain free to prosecute your client for any offense(s) committed within their respective jurisdictions.

16. There are no other agreements, promises, understandings or undertakings between your client and this Office. Your client understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

Sincerely yours,

KENNETH L. WAINSTEIN
United States Attorney

BRIAN P. ROGERS
Special Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorney, Dani Jahn, Esquire. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 4-11-06

TREVELL HICKS
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: 4/11/06

DANI JAHN
Attorney for Defendant