UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05-293 (RBW) |
| TREVELL HICKS, | : |
| Defendant. | : |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Trevell Hicks, hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Carrying a Pistol Without a License (After Felony Conviction), in violation of 22 D.C. Code § 4504(a)(2), each of which the Government must prove beyond a reasonable doubt, are:

1. That Defendant carried a pistol openly or concealed on or about his person;

2. That Defendant carried the pistol knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently;

3. That the pistol was operable, that is, it would fire a bullet;

4. That Defendant was not licensed to carry the pistol by the Chief of Police of the District of Columbia; and

5. That at the time he carried the pistol, Defendant had been convicted of a felony, either in the District of Columbia or another jurisdiction.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on July 8, 2005, at approximately 5:40 p.m., members of the Metropolitan

Police Department Major Narcotics Branch received a lookout for two subjects who appeared to be engaged in narcotics transactions on the 1800 block of Benning Road, NE. Members of the arrest team responded to the scene and conducted an investigatory stop of Defendant Hicks, who matched the description of one of the suspects. A subsequent search of Defendant Hicks revealed that he was carrying a .40-caliber Hi-Point pistol, bearing serial number 118101, loaded with nine rounds of .40-caliber ammunition. Prior to July 8, 2005, Defendant Hicks had been convicted of a felony in Prince George's County, Maryland District Court Criminal Case No. CR 98-286. The pistol recovered on July 8, 2005 was test-fired and found to be operable. Defendant Hicks was not licensed to carry the pistol by the Chief of Police of the District of Columbia.

This factual proffer is a summary of Defendant's participation in the offense of Carrying a Pistol Without a License (After Felony Conviction), and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
BRIAN P. ROGERS
Special Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4712
Washington, D.C. 20530
202-616-1478

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this factual proffer and have discussed it with my attorney, Dani Jahn, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 4-11-06                         _Trevell Hicks_
                                       TREVELL HICKS
                                       Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 4/11/06                          _Dani Jahn_
                                       DANI JAHN
                                       Attorney for Defendant