June 28, 2006

Mrs. Renee Parker
1305 Iverson Street #103
Oxon Hill, MD  20745

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Walton:

    I am writing you on behalf of my son Trevell Hicks, who is to be sentenced on July 7, 2006 for the offence of Carrying a Pistol Without a License.

    While I'm not promoting wrong-doing on my son's behalf, I am asking for leniency in your sentencing of him on behalf of my grandson Trevell, Jr.

    Trevell, Jr's mother passed away four years ago and while his grandmother is doing her best to raise him correctly, she is getting up in age and is in need of help.

    Trevell, Jr. now age 11, wants to be reunited with his father. He is hoping that upon his release his dad can make a home for them together.

    Thanking you in advance for taking the time to consider this plea in consideration of my son and grandson.

Mrs. Renee Parker

Honorable Reggie B. Walton
United States District Judge
333 Constitution Ave., N.W.
Washington, D.C. 20001


Dear Judge Walton, I'am related to Mr. Trevelle Hicks. I'm his cousin. I am writing this letter to let you know that my cousin, Trevelle, is a very outgoing young man, and he keeps everyone's spirit alive. Without him our family and his son's life is incomplete. He is a person who cares about how others feel. And he has love for his family, that's very important to him. I know that he has learned from his experiences, and he is a better person and man. It would be of great appreciation if you would take this letter into consideration. Thank you.

*Andre' Hicks* (signature)
Andre' Hicks

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Honorable Judge Walton,
I am writing this letter in consideration for my cousin, Mr. Trevelle Hicks. Trevelle is the only child, from his mother, my aunt, he has a grandmother and aunts, uncles, cousins. And he has a son, who really needs his father to be there physically in his life. Trevelle is a good person at heart, I'm not just saying this, but I know this. I would appreciate if you would take all these things into account when you sentence him. Trevelle is not perfect, but he tries to be the young man that we want him to be. I know if he has a chance to be with his son, he will try to gain employment, because he is that type of person. He just need the chance to be the man society wants him to be and his family wants him to be. And because he comes from a family like ours he knows we won't tolerate anything less from him. Judge please give Trevelle the chance to be the person we all know he can be. His son truly needs him right now, to be there to guide him in the right direction, and he would be the right one to do this, to teach his son from his mistakes in life, to give him that direction. We are a close family, and we will support my cousin and his son, in whatever way we can, because he has been there for me. I love my cousin and I want him to have a chance at life and to be happy. So Judge Walton, please take all these words that I'am expressing to you, into consideration. It would be greatly appreciated. And thank you for your time.

            Mrs.K. Jones-Cheatham

            *Mrs. K. Jones-Cheatham*

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton,
I am writing this letter to you, so that you may take this information into consideration, for the sake of my nephew and our family. My nephew is not perfect. And he has made some mistakes in his life, but I truely believe in him. And I know that he's still growing and maturing, to be the man that he know's his family what's him to be. Trevelle, is an only child of his mother, my sister. He also has a son who is only 11years old . My nephew is his only surviving parent. Trevelle and his son are very close, and he misses his dad . We as a family are very close with his son also. His son also has his grandmother. And he is always included in family functions with our family. Trevelle's mother also misses him , especially emotionally, this has taken a toll on her. And I know my mother, his grandmother misses Trevelle immensely, she is very sickly and wishes he was home with his family. He has support as far as gaining employment ,with all the contacts his family has . We are a working and employed family and we will do what is needed for him to be a productive citizen.
I also know that you must receive a lot of letters every day, but this really means a lot to us , just by you reading this letter and getting a better understanding of Trevelle and his family and the background that he comes from., we all thank you for your consideration on this matter. Trevelle is not a violent person, he was not raised that way, but he did have a lot of peer pressure in his younger years, but with the support that he has in his life today I really believe he can make it. He constantly talks about being there to raise his son and be the father that he knows he can be ,because his son's grandmother is old in age ,and she would like him to be there for him, I'm very sure that Trevelle will do the right things for him and his son. Please Judge Walton , consider this and many letters from our family , when my nephew comes before you for sentencing. I appreciate that you let us write to you, and I hope that you do take this letter into consideration.

Thank you, Malita Hicks

*Malita Hicks*

June 29, 2006

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue N.W
Washington. D.C. 20001

Dear Judge Walton

   I am writing this letter in reference to Trevell Hicks. Trevell is very loyal to his family and loved ones he has an 11-year old son that he adores and want physically to be in his life again. We have a close family and relationship He has expressed his future plans as being a mentor to young men who have followed the wrong path in life. I believe that if Trevell is given another chance he will accomplish his future ~~as being~~ in life which are mentoring young troubled men and being the best father in life for his 11 year old son I am writing this letter and hoping that this will convey in your decision of an appropriate sentence
   Thank you for taking the time to read this letter


Lisa K. Hicks

June 27, 2006

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Walton,

I am writing this letter in reference to Trevell Hicks. I am Trevell's cousin and we have a close family and relationship. Trevell is very loyal to his family and loved ones, he has an 11-year-old son that he adores and cannot wait to physically be in his life again. I believe that if given another chance my cousin will not commit this or any other offense again. He has expressed his future plans to myself as well as others in our family of being able to get the chance to mentor young men who may have followed the wrong path in life. I believe that he is able to accomplish this being that he has expressed so much passion about it. In writing this letter I am hoping that this will convey in your decision of an appropriate sentence. Thank you for taking the time to read this letter.

LaTravia Pannell

Dear Judge Walton,

My name is Valeria Saunders and I am Trevell Hicks's aunt. Of course I've known him his entire life, although it has not been the best possible life so far. I make sure Trevell acknowledges the fact that he has not put enough effort into developing a better life, and I make sure that he knows, that the only thing he is in control of is his own life.

Trevell has always been loved by the entire family, lots of friends and even neighbors. I admit, on the surface Trevell is very tough, but inside he is sympathetic, loving, and sincere. He is always willing to lend a helping hand, from feeding neighborhood kids who have no other way to eat, to cooking his grandmother dinner when her arthritis is acting up. He has always given time to the community center by volunteering to monitor the children while also assisting with playtime. If at anytime anyone needed help if he could do it he would, guaranteed. He is the type of person that if he says he will do something he means it, and if he says he will not do something he won't.

He has always proven to me that he is honest, trustworthy, and loyal to what he says. As well, he promises me that he will join me at church the absolute first Sunday that he's home. Also I have been looking for possible job opportunities for Trevell, and he is aware and excited to start anew to better his life. Trevell has promised himself as well as everyone who loves and cares about him that he would give up the life that he is used to, and vows he will never see the inside of prinson again. And I am a woman that exercises faith, and I have faith in my nephew Mr. Trevell Hicks, and I am asking Judge Walton to have faith in him to.

Sincerely,

*Valeria Saunders*

Valeria Saunders

Dear Judge Walton,

My name is Anthony Saunders and Trevell Hicks is my cousin. We have a very close relationship, like brothers. Trevell may have had a hard life, but he is a good person with a large heart. Trevell knows that he has not made the best decisions for his life and the life of his son, 11 year old Trevell Hamm. He realizes that his son really needs his presence in his life, especially with the death of his mother.

When I talked to Trevell he promised if he had another chance that he would do things differently, because he is not the only one depending on himself. I think Trevell is just starting to realize the work that he has to do. For a long time Trevell had chosen the easy road, and he and I both agree that the easy road is not the best road to take. Trevell has agreed to change his life 180 degrees, if allowed the chance.

My cousin Trevell is just like everyone else in this world, able to make mistakes. And he realizes his mistakes to the fullest and knows that he was wrong and has to pay the price for his actions. But if given the chance to be free again he would take full advantage of the opportunity to better his life therefore making life better for his family.

Thank you,

Anthony Saunders