**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 05-293 (RBW)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **TREVELL T. HICKS,** | **:** | |
| **Defendant.** | **:** | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for

the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Angela Schmidt, at telephone number (202) 514-7273 and/or email address

Angela.Schmidt@usdoj.gov.   Ms. Schmidt will substitute for Special Assistant United States

Attorney Brian Rogers as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 514-7273