HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: 05-CR-293

vs. : SSN: [redacted]

HICKS, Trevell T. : Disclosure Date: May 24, 2006

**RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

**Prosecuting Attorney** **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein. → see attached BOP print out w/ release date of 7/8/05 (#13 of PSR)
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Trevell Hicks 6/6/06
**Defendant** **Date**

[signature] 6/6/06
**Defense Counsel** **Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 07, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Richard A. Houck, Jr., Chief
United States Probation Officer

06/07/2006 09:47 FAX 2025002929 FEDERAL PUBLIC DEFENDER 003/003

Federal Bureau of Prisons

Page 1 of 2

FEDERAL BUREAU OF PRISONS
www.bop.gov

Inmate Locator

- Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Printer Friendly Version

**Related Documents**

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

Inmate Locator

**Locate a Federal Inmate**
(includes all Inmates from 1982 to present)

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. TREVELL TREMAINE HICKS | 35299-037 | 29 | Black | M | 07-08-2005 | RELEASED |

New Search FAQs Privacy

**Results 1 - 1 of 1**

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

**Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map**

http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=NameSearch&needingMoreList=false&LastName=Hicks&Middle=... 6/7/2006