HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **05-CR-293** |
| vs. | : | SSN: |
| HICKS, Trevell T. | : | Disclosure Date: **May 24, 2006** |

**FILED**
JUL 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _6-1-06_____
Prosecuting Attorney                          Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
Defendant                    Date          Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 07, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

**Receipt and Acknowledgment**                                                    **Page 2**

_[redacted content]_

Signed by: _____
              (Defendant/Defense Attorney/AUSA)

Date: _____



U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 1, 2006

Kelly Kramer-Soares
United States Probation Office
333 Constitution Ave, NW, Suite 2800
Washington, D.C. 20001

      Re:    United States v. Trevell Hicks
              Criminal Number 05-293 (RBW)

Dear Ms. Kramer-Soares:

    Enclosed please find the Government's Receipt and Acknowledgment of Presentence Investigation Report in the above-captioned case. Below are the Government's objections and comments to the Report.

### Objections and Comments

1. Pursuant to 22 DCC § 4504(a)(2), Page 1 should indicate that Count 2 carries a maximum sentence of ten years confinement and $10,000 fine.

2. Page 7: Although the factual description of Defendant's armed bank robbery notes that he was released from custody and commenced supervision on July 7, 2005, it does not mention that he committed the instant offense on the next day, July 8, 2005. The Government submits that the page 7 should indicate this fact.

3. Page 11, paragraph 42: Pursuant to 22 DCC § 4504(a)(2), the maximum term of imprisonment is 10 years for this felony.

4. Page 11 paragraph 44: The Government submits that the third sentence should note that Defendant's criminal history score, in addition to being based on his prior convictions, is also based on: (1) his commission of the instant offense while on supervised release, and (2) his commission of the instant offense less than two years after release from imprisonment.

Thank you for your consideration of these matters.

Respectfully submitted,

*Brian Rogers*

Brian Rogers
Special Assistant United States Attorney

cc: Dani Jahn
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004