PROB 12A-DC
(Rev. 12/82)

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

FILED
MAR 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Trevell Hicks</u>                              Docket No.: **CR05-293**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violation of Supervised Release)

COMES NOW __Erin Byrne__, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Trevell Hicks**, who was placed on Supervised Release by the Honorable **Reggie B. Walton**, United States District Judge, sitting in the Court at Washington, D.C., on the **7th** day of **July, 2006**, who fixed the period of Supervised Release at **three** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

- pay a $100.00 special assessment;
- obtain and maintain full time employment;
- participate in an educational/vocational skills training program;
- firearms and/or any other weapons restrictions;
- illegal drugs restrictions; and
- participate in a substance abuse treatment program and submit to drug testing at the discretion of the probation officer.

On July 7, 2006, Mr. Hicks appeared before Your Honor for sentencing after having pled guilty to Carrying a Pistol Without a License. Mr. Hicks was sentenced to time served followed by a term of three years supervised release.

Supervision began on May 7, 2006, and is scheduled to expire on May 6, 2012.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation of Supervised

1. **The defendant shall not commit another federal, state, or local crime. (Standard Condition)**

HICKS, Trevell
Docket No.: CR 05-293
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Erin Byrne
United States Probation Officer
(202) 565-1356

Approved By: _____
Darryl K. Hughes, Supervising
United States Probation Officer
(202) 565-1328