UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

MAR 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Trevell Hicks</u>                                                                 Docket No.: <u>CR 05-293</u>

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** the issuance of a Warrant and a Hearing on Violation of supervised release be scheduled upon execution before Court for Mr. Trevell Hicks.

### ORDER OF COURT

Considered and ordered this ___6th___ day of ___March___, 2008.

_____
Reggie B. Walton
United States District Judge

___March 6, 2008___
Date