UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TREVALL T. HICKS,  )<br>  )<br>Defendant.  )<br>  ) | Criminal Action No. 05-293  (RBW) |

## ORDER

For the reasons set forth at the hearing in this case held on August 5, 2008, it is

**ORDERED** that the Court's order regarding the Office of Probation's request for a hearing on the defendant's alleged violation of the terms of his supervised release entered on March 6, 2008, is **VACATED**. It is further

**ORDERED** that the detainer filed in this case is **QUASHED**. It is further

**ORDERED** that the defendant shall be released from the custody of the D.C. Jail under the supervision of the Office of Probation forthwith.

**SO ORDERED** this 5th day of August, 2008.

_____
REGGIE B. WALTON
United States District Judge