Prob 19-DC
(1/82)

# United States District Court
## for the
## District of Columbia

Fed# 35299-037

U.S.A. vs. TREVELL HICKS    Docket No.: CR 05-293-01

FILED
AUG 05 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2008 MAY 27 AM 9:38
RECEIVED WARRANT SECTION

TO: [1] Any United States Marshal or any other authorized officer

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Trevell Hicks || SEX<br>Male | RACE<br>Black | AGE<br>31 |
| ADDRESS (STREET, CITY, STATE) |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court, Washington, DC |||||
| CLERK<br>Nancy Mayer-Whittington | (BY) DEPUTY CLERK ||| DATE<br>5/23/08 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>5-27-08 || DATE EXECUTED<br>8-5-2008 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS 333 Constitution Ave NW Washington, D.C. 20001 ||||
| NAME Pcr Recording Officer<br>Dustin<br>D.L. Tolliver | (BY) || DATE<br>8-5-2008 |

NOTE:

330310

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Columbia;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."